UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No.: 8:20-CV-1193-T-30CPT

**RICHARD KUHNAST**,
individually and on behalf of all
others similarly situated,                                    **CLASS ACTION**

    Plaintiff,                                              **JURY TRIAL DEMANDED**

v.

**SUNRUN, INC.**,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH* PREJUDICE**

Plaintiff Richard Kuhnast, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: July 17, 2020.

Respectfully submitted,

    EISENBAND LAW, P.A.

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092